UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>  v.<br><br>MELVIN JOHNSON,<br><br>    Defendant. | Case No. 21-cr-535 (RJL) |

MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel, Jose A. German, respectfully moves this Honorable Court for an order allowing counsel to withdraw as attorney of record for Melvin Johnson.

Counsel was previously appointed to represent Mr. Johnson at his initial appearance. On November 2, 2021, attorney David Benowitz entered a notice of appearance as retained counsel for Mr. Johnson.

Accordingly, counsel moves this Court for permission to withdraw as attorney for Mr. Johnson.

            Respectfully submitted,

            A.J. Kramer
            Federal Public Defender

            */s/*
            Jose A. German
            Assistant Federal Public Defender
            625 Indiana Avenue, N.W., Suite 550
            Washington, D.C.  20004
            (202) 208-7500